# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMOLARE R. OLABODE<br>GERALD KELLY,<br><br>        Plaintiffs,<br>v.<br><br>CALIBER HOME LOANS, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 15-cv-10146 |

## MOTIONS PENDING IN THE STATE COURT REQUIRING THE ATTENTION OF THIS COURT

Plaintiffs Omolare R. Olabode and Gerald Kelly (jointly, the "Plaintiffs") filed an Application for an Emergency Motion for Preliminary Injunction in the Trial Court of Massachusetts, Superior Court Department, Suffolk County (the "State Court") on or about December 30, 2014, to stay the foreclosure of the property located at 31-33 Burgoyne Street, Boston, Massachusetts that was scheduled to take place on January 6, 2015.

The parties filed an Assented Motion Continuing Hearing on Emergency Motion for Preliminary Injunction and Extending Time to File Responsive Pleadings in the State Court on January 5, 2015. A Notice to Appear for Rescheduled Motion Hearing was entered by the State Court on January 8, 2015 and is scheduled for February 5, 2015 at 2:00 PM.

-2-

Respectfully submitted,

**CALIBER HOME LOANS, INC.**.

By its attorneys,

DATED:	January 21, 2015

/s/ Michael P. Mullins
Michael P. Mullins
BBO #665123
mmullins@daypitney.com
DAY PITNEY LLP
One International Place
Boston, Massachusetts  02110
Tel.   (617) 345-4776

Jaime Bachrach
BBO #643642
jbachrach@daypitney.com
DAY PITNEY LLP
242 Trumbull Street
Hartford, Connecticut 06103
Tel.   (860) 275-0650

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non registered participants on January 21, 2015.

                                    /s/ Michael P. Mullins
                                    Michael P. Mullins