**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| OMOLARE R. OLABODE | ) | |
| GERALD KELLY, | ) | |
|  | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 15-cv-10146 |
|  | ) | |
| CALIBER HOME LOANS, INC., | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Caliber Home Loans, Inc. ("Caliber"), certifies that Caliber is a Delaware corporation that is a wholly-owned subsidiary of LSF6 Service Operations, LLC, which in turn is a wholly owned subsidiary of LSF6 Service Holdings, L.P., a Delaware limited partnership. No publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**CALIBER HOME LOANS, INC.**.

By its attorneys,

DATED: January 21, 2015

/s/ Michael P. Mullins
Michael P. Mullins
BBO #665123
mmullins@daypitney.com
DAY PITNEY LLP
One International Place
Boston, MA 02110
Tel. (617) 345-4776

Jaime Bachrach
BBO #643642
jbachrach@daypitney.com
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Tel. (860) 275-0650

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non registered participants on January 21, 2015.


                        /s/ Michael P. Mullins
                        Michael P. Mullins