UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMOLARE R. OLABODE<br>GERALD KELLY,<br><br>　　　　　Plaintiffs,<br>v.<br><br>CALIBER HOME LOANS, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 15-cv-10146 |

## DEFENDANT CALIBER HOME LOANS, INC.'S
## MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' COMPLAINT

Defendant Caliber Home Loans, Inc. ("Caliber"), by and through its counsel, Day Pitney LLP ("Day Pitney"), and pursuant to Fed. R. Civ. P. 56 and Local R. Civ. P. 56.1, hereby moves for summary judgment on Plaintiffs' Complaint (the "Complaint"). All of the claims in the Complaint are based on the allegation that Caliber lacked standing to initiate a non-judicial foreclosure of certain real property located at 31-33 Burgoyne Street in Dorchester, Massachusetts. As explained more fully in the accompanying Memorandum of Law, there is no genuine issue of material fact relating to Caliber's standing and, therefore, it is entitled to judgment on all counts as a matter of law.

### LOCAL R. CIV. P. 7.1(a)(2) CERTIFICATE OF COMPLIANCE

Day Pitney certifies that it conferred with Glenn F. Russell, Jr., counsel for Plaintiffs Omolare R. Olabode and Gerald Kelly, in an attempt to resolve or narrow the issues raised by this Motion, but that counsel were unable to do so.

92289520

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local R. Civ. P. 7.1(D), Caliber hereby requests oral argument on its Motion for Summary Judgment on Plaintiffs' Complaint.

Respectfully submitted,

**CALIBER HOME LOANS, INC.**

By its attorneys,

/s/ Thomas J. O'Neill
Thomas J. O'Neill
BBO #559701
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Tel. (860) 275-0650
tjoneill@daypitney.com

Dated: October 23, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on October 23, 2015.

/s/ Thomas J. O'Neill
Thomas J. O'Neill

92289520