UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMOLARE R. OLABODE )<br>GERALD KELLY, )<br>  )<br>  Plaintiffs, )<br>v. )<br>  )<br>CALIBER HOME LOANS, INC., )<br>  )<br>  Defendant. )<br>  ) | CIVIL ACTION NO. 15-cv-10146 |

**DEFENDANT CALIBER HOME LOANS, INC.'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Caliber Home Loans, Inc. ("Caliber") submits this Statement of Undisputed Material Facts pursuant to Local R. Civ. P. 56.1 and in support of its Motion for Summary Judgment.

1.      On October 14, 2005, Olomare Olabode ("Borrower") executed a mortgage (the "Mortgage") in favor of Bank of America, N.A. ("BoA").  Affidavit of Ryan Bennett, Default Servicing Officer for Caliber, sworn to October 13, 2015 ("Aff."), ¶ 3, and Exhibit ("Ex.") 1.

2.      The Mortgage was recorded with the Suffolk County Registry of Deeds in Book 38288 at Page 13, on October 19, 2005, and was executed to secure the repayment of a loan evidenced by a promissory note dated October 14, 2005, in the amount of $375,000 signed by Borrower (the "Note").  Id. at ¶ 6, Ex. 4.  Pursuant to the terms of the Mortgage, as security for the Note, Borrower transferred her interest in 31-33 Burgoyne Street, Dorchester, Massachusetts 02124 (the "Property") to BoA and its "successors and assigns, with power of sale." Id. at ¶ 3 ("Transfer Rights in the Property").

3.      On December 21, 2012, BoA assigned and transferred the Mortgage to Vericrest Financial, Inc. (the "Assignment") "[t]ogether with the note or notes therein described or referred

92289546

to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage." Id. at ¶ 4, Ex. 2.  The Assignment of the Mortgage from BoA to Vericrest was recorded with the Suffolk County Registry of Deeds on January 10, 2013, in Book 50800 at Page 39.  Id.

4. On or about April 9, 2013, Vericrest filed with the Delaware Secretary of State a Certificate of Amendment of Amended and Restated Certification of Incorporation of Vericrest Financial, Inc., changing its name to Caliber Home Loans, Inc.  Id. at ¶ 5, Ex. 3.

5. Caliber has been in possession of the original Note since before the non-judicial foreclosure proceedings were commenced on October 21, 2014.  Id. at ¶ 6, Ex. 4. The Note is endorsed in blank, and the endorsement is subscribed to by Christina M. Schmitt, Assistant Vice President of BoA.  Id.

6. After Borrower failed to make the required monthly payments due under the Note and Mortgage, Caliber initiated a non-judicial foreclosure pursuant to Massachusetts General Laws ch. 244, § 14 (the "Foreclosure") by forwarding to Borrower a Notice of Intent to Foreclose Mortgage dated October 21, 2014 (the "Notice")  See Plaintiffs' Verified Complaint dated December 30, 2014 ("Compl.") ¶ 39 and Ex. G; see also Documents 1 (Notice of Removal) and 11 (State Court Record).

7. In response to the Notice, Borrower attempted to transfer title to the Property to co-plaintiff, Gerald Kelly ("Kelly"), by quit claim deed dated November 4, 2014, for the consideration of less than $100.00.  Borrower's quit claim deed was recorded with the Suffolk County Registry of Deeds on November 6, 2014.  Compl. ¶ 38 and Ex. H.

8. On November 14, 2014, Borrower filed for Chapter 13 bankruptcy under the U.S. Bankruptcy Code (the "Bankruptcy Case").  See In re Omolara Olabode, United States

Bankruptcy Court for the District of Massachusetts, Case No. 14-15322l; see also Document 1 at Ex. E.  Borrower listed the Mortgage and Note on Schedule A of Real Property, where she claimed to be the debtor eligible for discharge under the Mortgage and Note.  Id.  Borrower represented to the Bankruptcy Court that she still held title to the Property as of November 14, 2014.  Id.  On December 4, 2014, the Bankruptcy Case was dismissed because Borrower failed to file documents timely with the Bankruptcy Court.  Id.

9. Borrower and Kelly then commenced an action in the Superior Court for the Commonwealth of Massachusetts, County of Suffolk, by their Verified Complaint dated December 30, 2014, and this action was removed to this Court by notice of removal filed January 21, 2015.  Document 1.

Respectfully submitted,

**CALIBER HOME LOANS, INC.**

By its attorneys,

/s/ Thomas J. O'Neill
Thomas J. O'Neill
BBO #559701
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Tel.  (860) 275-0650
tjoneill@daypitney.com

Dated:   October 23, 2015

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on October 23, 2015.

                                                   /s/ Thomas J. O'Neill
                                                   Thomas J. O'Neill

92289546