UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMOLARE R. OLABODE <br> GERALD KELLY, <br><br> Plaintiffs, <br> v. <br><br> CALIBER HOME LOANS, INC., <br><br> Defendant. | CIVIL ACTION NO. 15-cv-10146 |

### AFFIDIAVT OF RYAN BENNETT IN SUPPORT OF DEFENDANT CALIBER HOME LOANS, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Ryan Bennett, hereby state the following based on my personal knowledge:

1. I am a Default Servicing Officer of Caliber Home Loans, Inc. ("Caliber") the defendant in this action.

2. I make this affidavit in support of Caliber's Motion for Summary Judgment.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Mortgage, as defined in Caliber's Statement of Material Facts in Support of its Motion for Summary Judgment (the "SMF").

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Assignment, as defined in the SMF.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Certificate of Amendment of Amended and Restated Certificate of Incorporation of Vericrest Financial, Inc.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Note, as defined in the SMF. The original Note has been in Caliber's possession since before the non-judicial foreclosure proceedings were commenced on October 21, 2014.

92289479

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on October 23, 2015.

/s/ Thomas J. O'Neill
Thomas J. O'Neill

92289479

Signed under the pains and penalties of perjury this 13th day of October, 2015.

                                                         */s/ Ryan Bennett*
                                                        Ryan Bennett

State of Texas   )
County of Dallas  )

The foregoing instrument was sworn to and subscribed before me this 13th day of October, 2015, by Ryan Bennett, who is personally known to me.

                            */s/ Shunta Yancey*
                            NOTARY PUBLIC
                            My commission expires: 5/14/17

> SHUNTA DENICE YANCEY
> Notary Public, State of Texas
> My Commission Expires
> May 14, 2017