# EXHIBIT 2

Prepared by: JASON FRANKLIN
1800 TAPO CANYON ROAD
SIMI VALLEY, CA 93063
Phone#: (213) 345-0981

Signature: _____

Recording requested by:
BANK OF AMERICA, N.A.

When recorded mail to:
BANK OF AMERICA, N.A.
DOCUMENT PROCESSING MAIL CODE
TX2-979-01-19
4500 AMON CARTER BLVD
FORT WORTH, TX 76155
Attn: ASSIGNMENT UNIT

2013 00003362
Bk: 50800 Pg: 39   Doc: ASI
Page: 1 of 1   01/10/2013 07:37 AM

Attested hereto

*Francis M. Roache*
Francis M. Roache
Register of Deeds



CORPORATION ASSIGNMENT OF MORTGAGE
Doc. ID# 33687091226556778
Commitment# 5200

For value received, the undersigned, BANK OF AMERICA, N.A., 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063, hereby grants, assigns and transfers to:
VERICREST FINANCIAL, INC
13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134

All its interest under that certain Mortgage dated 10/14/05, executed by: OMOLARA OLABODE, Mortgagor as per MORTGAGE recorded as Instrument No. 2005 00139924 on 10.19.05 in Book 38288 Page 13 of official records in the County Recorder's Office of SUFFOLK County, MASSACHUSETTS.
  Tax Parcel = 1603208000,  BOSTON CITY TAX COLLECTOR
Original Mortgage $375,500.00
31-33 BURGOYNE ST, DORCHESTER, MA 02124

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

Dated: 12.21.12      BANK OF AMERICA, N.A.

By _Cynthia Romo_____
CYNTHIA ROMO, ASSISTANT VICE PRESIDENT

State of California
County of Ventura

On 12-21-12 before me, TAKAYUKI E. UTO, Notary Public, personally appeared CYNTHIA ROMO, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _____
TAKAYUKI E. UTO

TAKAYUKI E. UTO
Commission # 1842250
Notary Public - California
Los Angeles County
My Comm. Expires Mar 27, 2013

000005200   OLABODE   O
610  870912265  D4  001  001