# EXHIBIT 3

Case 1:15-cv-10146-DPW   Document 1-5   Filed 01/21/15   Page 2 of 3



# Delaware

PAGE 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "VERICREST FINANCIAL, INC.", CHANGING ITS NAME FROM "VERICREST FINANCIAL, INC." TO "CALIBER HOME LOANS, INC.", FILED IN THIS OFFICE ON THE NINTH DAY OF APRIL, A.D. 2013, AT 12:14 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

0595004  8100

130414290

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W Bullock, Secretary of State

AUTHENTICATION: 0344428

DATE: 04-09-13

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:26 PM 04/09/2013
FILED 12:14 PM 04/09/2013
SRV 130414290 - 0595004 FILE

CERTIFICATE OF AMENDMENT
OF
AMENDED AND RESTATED CERTIFICATE OF INCORPORATION
OF
VERICREST FINANCIAL, INC.

Vericrest Financial, Inc., a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware, DOES HEREBY CERTIFY:

FIRST: That the Board of Directors of said corporation, by the unanimous written consent of its members, filed with the minutes of the Board, adopted a resolution proposing and declaring advisable the following amendment to the Amended and Restated Certificate of Incorporation of said corporation:

> RESOLVED, that the Amended and Restated Certificate of Incorporation of Vericrest Financial, Inc. be amended by changing the First Article thereof so that, as amended, said Article shall be and read as follows:
>
> The name of the corporation is Caliber Home Loans, Inc. (the "Corporation")."

SECOND: That in lieu of a meeting and vote of stockholders, the stockholders have given unanimous written consent to said amendment in accordance with the provisions of Section 228 of the General Corporation Law of the State of Delaware.

THIRD: That the aforesaid amendment was duly adopted in accordance with the applicable provisions of Sections 242 and 228 of the General Corporation Law of the State of Delaware.

FOURTH: That this Certificate of Amendment of the Certificate of Incorporation shall be effective on April 8, 2013.

IN WITNESS WHEREOF, said Vericrest Financial, Inc. has caused this certificate to be signed by Craig A. Lackey, Senior Vice President, General Counsel, and Secretary, this 8th day of April, 2013.

By: _____

Name: Craig A. Lackey

Title: SVP, General Counsel, & Secretary