# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMOLARE R. OLABODE<br>GERALD KELLY,<br><br>　　　　　Plaintiffs,<br>v.<br><br>CALIBER HOME LOANS, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 15-cv-10146<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW DOC. NOS. 63 AND 64

Caliber Home Loans, Inc. hereby moves this Court for permission to withdraw the Notices of Supplemental Authorities, Doc. Nos. 63 and 64 (the "Notices").

Pursuant to Local Rule 7.1, this is to certify that the undersigned has conferred with opposing counsel regarding the withdrawal of the Notices.

                                                Respectfully submitted,

                                                **CALIBER HOME LOANS, INC.**

                                                By its attorneys,

                                                /s/ Thomas J. O'Neill
                                                Thomas J. O'Neill
                                                BBO #559701
                                                DAY PITNEY LLP
                                                242 Trumbull Street
                                                Hartford, CT 06103
                                                Tel.  (860) 275-0650
Dated:  March 18, 2016                      tjoneill@daypitney.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on March 18, 2016.

                                            /s/ Thomas J. O'Neill
                                            Thomas J. O'Neill